1
2
3
4
5

6                          UNITED STATES DISTRICT COURT

7                                  DISTRICT OF NEVADA

8                                           * * *

9   CURTIS FIREBAUGH, an individual       )
                                          )
10              Plaintiff,                )
                                          )        3:12-CV-00242-LRH-WGC
11   v.                                   )
                                          )
12   THE UNITED STATES OF AMERICA;        )
     BRIAN BERTOLINI, an individual; TIM  )        ORDER
13   VEDDER, an individual; and DOES I-X, )
     inclusive,                           )
14                                        )
                Defendants.               )
15                                        )
                                          )
16

17       Before the court is Plaintiff Curtis Firebaugh's Motion for Entry of Default against all

18   defendants (#12[1]). Federal Rule of Civil Procedure 55(a) provides, "When a party against whom a

19   judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is

20   shown by affidavit or otherwise, the clerk must enter the party's default." Here, Firebaugh's motion

21   was not supported by the proper showing, as the Clerk of Court informed him (#13). Firebaugh's

22   motion will therefore be denied.

23
24
25

26       [1] Refers to the court's docket number.

1  IT IS THEREFORE ORDERED that Firebaugh's Motion for Entry of Default (#12) is
2  DENIED.

3  IT IS SO ORDERED.

4  DATED this 2nd day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2